**Order entered November 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01058-CV

### LURLIA "LEE" OGLESBY AND MURPHY EMELIKE, Appellants

### V.

### N. JUDE MENES FIRM D/B/A MENES LAW, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-05938-A**

## ORDER

The reporter's record in this case is overdue. By order dated October 21, 2015, we ordered the court reporter to file either the reporter's record or written verification that appellants had not paid or made arrangements to pay for the reporter's record by November 16, 2015. We cautioned appellants that if we received written verification of no payment or payment arrangements we might order the appeal submitted without the reporter's record. By letter dated November 16, 2015, the court reporter informed the Court that appellants had requested the record but asked the court reporter not to prepare the record pending mediation. As of November 16, 2015, no payment arrangements had been made and appellants had not informed the court reporter of any settlement agreement.

Therefore, we **ORDER** this appeal submitted without a reporter's record. Appellant's brief is due **THIRTY DAYS** from the date of this order.


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE